**Subject:** Transferred case has been opened

**Date:** Wednesday, December 1, 2021 at 3:32:55 PM Central Standard Time

**From:** flnd_flncmecf@flnd.uscourts.gov

**To:** ALSDdb_InterDistrictTransfer_ALSD

CASE: 1:21-cv-00359

DETAILS: Case transferred from Alabama Southern has been opened in Northern District of Florida as case 5:21-cv-00229, filed 12/01/2021.